# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:CR-14-219 |
| v. | : | (JUDGE KOSIK) |
| JOHN YUKNAVICH,<br>Defendant | : | (ELECTRONICALLY FILED) |

## STATEMENT OF DEFENDANT

1. I understand the nature of the charges to which my proposed plea of guilty to Count 1 of the Information filed at Middle District of Pennsylvania to be: as to Count 1, a violation of Title 18, United States Code, Section 666, theft concerning programs receiving federal funds.

2. I further understand that, based solely upon my plea of guilty, the Judge could, if he chose, sentence me to the maximum sentence of imprisonment for a period of 10 years or a fine of $250,000, or both and a term of supervised release up to 3 years.

3. I am represented by an attorney, Ingrid Cronin, Esquire; I fully understand that I have the right to be represented by an attorney at every stage of these proceedings against me and, if necessary, one will be appointed to represent me.

4. I understand that I have the right to plead not guilty that I have the right to be tried by a jury and at that trial have the right to assistance of counsel; that I have

the right to confront and cross-examine witnesses against me; and that I have the right not to be compelled to incriminate myself. I recognize that I have the right to move to suppress the evidence against me, to present my own case to the jury, call witnesses on my behalf and subpoena records in my defense. I realize that, by pleading guilty, I am giving up all of these rights.

5. I understand that if I enter a plea of guilty to Count 1 of the Information, there will not be a further trial of any kind so that by pleading guilty, I am waiving the right to a trial.

6. I have discussed these matters with my attorney and am satisfied with her representation of me in these proceedings.

7. No promise, threats or any other inducements of any kind have been made to me in regard to my plea of guilty, apart from the plea agreement. I am entering into this plea voluntarily with full knowledge of what rights I am giving up.

8. I am aware that, by entering a plea of guilty, I am admitting that what the Government says about me in the Information is true and that I did, in fact, commit the offense with which I am charged.

9. I understand that if I enter a plea of guilty to Count 1 of the Information, the Court may ask me questions about the offense to which I have pleaded, and if I answer these questions falsely under oath, on the record, and in the presence of counsel, my answers later may be used against me in a prosecution for perjury or

false statement.

I fully understand the foregoing statement, consisting of three (3) typewritten pages.

_____  _____
JOHN YUKNAVICH                   INGRID CRONIN, ESQUIRE
Defendant                        Counsel for Defendant


Signed in the presence of:

_____


Dated: _____, 2014