UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | NO. 3:CR-14-219 |
| --- | --- | --- |
| v. | : | (JUDGE KOSIK) |
| JOHN YUKNAVICH,  Defendant | : | (ELECTRONICALLY FILED) |

## SENTENCING AGREEMENT

The following sentencing agreement is entered into by the United States Attorney for the Middle District of Pennsylvania and the above-captioned defendant.

1. <u>Resignation of Position</u>. The defendant, John Yuknavich, agrees to immediately resign and terminate all duties and responsibilities with the Wilkes-Barre Township Volunteer Fire Department and the Wilkes-Barre Township Fire Hall, in any capacity whatsoever. This agreement is supplemental to and in addition to any previous agreement involving the defendant wherein he agreed to completely resign his position as an officer or other official title he then held with the Wilkes-Barre Township Volunteer Fire Department.

2. <u>Effective Immediately</u>: The defendant's resignation as stated above shall be effective immediately upon affixing his signature

to this document, and shall remain in effect for the longer of 5 years or any period of probation or supervised release, and agrees that the required resignation as stated above shall be a condition of any term of probation or supervised release.

3. <u>Statement of Defendant</u>: The defendant agrees to affirmatively advise the Court that in light of this agreement, and previous agreements entered into by the defendant, that he will not seek reinstatement of any association in any capacity with the Wilkes-Barre Township Volunteer Fire Department or the Wilkes-Barre Township Fire Hall.

4. <u>Judgment of Conviction</u>: The defendant further agrees that the terms and conditions included in this agreement shall be filed of record and agrees to request that the Court make this agreement a condition of any sentence imposed by the Court and any judgment of conviction issued by the Court.

5. <u>Acceptance of Responsibility</u>: The defendant shall continue to receive the benefit of acceptance of responsibility. No other promises or inducements have been or will be made to the defendant in

2

connection with this case. By affixing his signature to this sentencing agreement, the defendant agrees that he is doing so knowingly and voluntarily, and is not the result of force or threats or promises apart from those promises set forth in this sentencing agreement.

## ACKNOWLEDGMENTS

I have read this agreement and carefully reviewed every part of it with my attorney. I fully understand it and I voluntarily agree to it.

1-8-15
Date

JOHN YUKNAVICH
Defendant

I am the defendant's counsel. I have carefully reviewed every part of this agreement with the defendant. To my knowledge my client's decision to enter into this agreement is an informed and voluntary one.

1-8-15
Date

INGRID CRONIN
Counsel for Defendant

PETER J. SMITH
UNITED STATES ATTORNEY

1/9/15
Date

By: MICHELLE OLSHEFSKI
ASSISTANT U.S. ATTORNEY